UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER FEDEWA, *also known as* HETHER FORTUNE,

Plaintiff,

v.

BOWERY TECH RESTAURANT LLC, *doing business as* BOWERY ELECTRIC, PATTY MCCARTHY'S INC., *doing business as* HEAVEN CAN WAIT, JOSHUA YERINGTON, *also known as* JOHNNY T, JESSE MALIN, and LAURA MCCARTHY,

Defendants.

25 Civ. 9545 (KPF )

**JUDGMENT**

WHEREAS on August 21, 2026, Defendants Bowery Tech Restaurant LLC d/b/a Bowery Electric, Patty McCarthy's Inc. d/b/a Heaven Can Wait, Joshua Yerington a/k/a "Johnny T," Jesse Malin, and Laura McCarthy ("Defendants") served on Plaintiff Heather Fedewa a/k/a Hether Fortune ("Plaintiff") an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00), inclusive of Plaintiff's attorneys' fees, costs, disbursements, prejudgment interest, or any additional sums entitled to Plaintiff as of the date of the offer, in complete resolution of Plaintiff's claims against Defendants; and Plaintiff has filed Notice of Acceptance of the Offer of Judgment on August 25, 2026.

Accordingly, the Court hereby enters judgment in favor of Plaintiff, against Defendants in the total amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment.

The Clerk of the Court is directed to terminate all pending motions, adjourn all deadlines, and close the case.

SO ORDERED, on the 28 day of August, 2026, New York, New York.

Hon. Katherine Polk Failla
United States District Judge